The Honorable Kymberly K. Evanson

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

AMAZON.COM SERVICES LLC; and
AMAZON.COM, INC.,

                    Petitioners,

    v.

CHUNRENLAN ELECTRONIC
TECHNOLOGY JIANGSU CO., LTD.,

                    Respondent.

**Case No. 2:26-cv-00670-KKE**

**STIPULATED MOTION AND
ORDER ON BRIEFING
SCHEDULE**

NOTE ON MOTION CALENDAR:
April 7, 2026

STIPULATED MOTION AND ORDER
ON BRIEFING SCHEDULE (Case No. 2:26-cv-00670 ) - 1

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA  98104-1610
206.622.3150 main · 206.757.7700 fax

Pursuant to LCR 7(d)(1) and 10(g), as well as this Court's Order Regarding Chambers Procedures § III, Dkt. No. 7, Petitioners Amazon.com Services LLC and Amazon.com, Inc. (collectively, "Amazon") and Respondent Chunrenlan Electronic Technology Jiangsu Co. Ltd ("Chunrenlan") stipulate as follows:

1. On February 25, 2026, Amazon filed its petition and motion to vacate an arbitration award issued in favor of Respondent Chunrenlan pursuant to 9 U.S.C. § 10. *See* Dkt. No. 1 ("Petition").

2. That same day, Amazon served a copy of the Petition via email and certified mail on Chunrenlan's U.S.-based attorney Eric S. Lind, and filed a motion to confirm service and/or for alternative service. *See* Dkt. No. 3.

3. On March 16, 2026, Philip P. Mann filed a notice of appearance for Chunrenlan in this matter. *See* Dkt. No. 8. The following day, Julie Guo filed an application for leave to appear *pro hac vice* on behalf of Chunrenlan. *See* Dkt. No. 9.

4. On March 24, 2026, the Court granted Amazon's motion for alternative service, finding that service on Mr. Lind via email and certified mail comported with due process and Mr. Lind's communications with Amazon's counsel demonstrated these methods were "reasonably calculated to apprise Chunrenlan of this action[.]" Dkt. No. 10 at 5. The Court granted Ms. Guo's application to appear *pro hac vice* by separate order. *See* Dkt. No. 11.

5. The Parties have now conferred, and seek to enter a briefing schedule for Chunrenlan's opposition to Amazon's Petition and its counter-motion to confirm the arbitration award. The Parties stipulate and respectfully request that the Court enter an Order establishing the following:

   a. Chunrenlan's deadline to file a brief in opposition to Amazon's Petition and cross-motion to confirm the arbitration award shall be April 21, 2026.

   b. Amazon's deadline to file its reply to Chunrenlan's opposition and opposition to Chunrenlan's cross-motion shall be May 12, 2026.

STIPULATED MOTION AND ORDER
ON BRIEFING SCHEDULE (Case No. 2:26-cv-00670 ) - 2

c.  Chunrenlan's deadline to file a reply to Amazon's opposition, if any, shall be May 26, 2026.

DATED this 7th day of April, 2026.

Respectfully submitted,

By /s/ Caesar Kalinowski IV
John A. Goldmark, WSBA # 40980
Caesar Kalinowski IV, WSBA # 52650
K'reisa J. Cox, WSBA # 63538
DAVIS WRIGHT TREMAINE LLP
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
Telephone: (206) 622-3150
Email: johngoldmark@dwt.com
        caesarkalinowski@dwt.com
        kreisacox@dwt.com

*Attorneys for Petitioners*

By /s/ Philip P. Mann
Philip P. Mann, WSBA # 28860
MANN LAW GROUP PLLC
403 Madison Ave. N. Ste. 240
Bainbridge Island, WA 98110
Telephone: (206) 436-0900
Email: phil@mannlawgroup.com

By /s/  Julie Guo
Zhihui "Julie" Guo,
*admitted pro hac vice*
JS LAW
200 East 36th Street, Suite 16A
New York, NY 10016
Telephone: (917) 773-1868
Email: jslawusa@gmail.com

*Attorneys for Respondent*

STIPULATED MOTION AND ORDER
ON BRIEFING SCHEDULE (Case No. 2:26-cv-00670 ) - 3

**ORDER**

The Court GRANTS the Parties' stipulated motion. As set forth in the Parties' Stipulated motion, the Parties shall proceed as follows:

1.     Chunrenlan's deadline to file a brief in opposition to Amazon's Petition and cross-motion to confirm the arbitration award shall be April 21, 2026.

2.     Amazon's deadline to file its reply to Chunrenlan's opposition and opposition to Chunrenlan's cross-motion shall be May 12, 2026.

3.     Chunrenlan's deadline to file a reply to Amazon's opposition, if any, shall be May 26, 2026.

It is SO ORDERED.

DATED: April 8, 2026

*Kymberly K Evanson*

Kymberly K. Evanson
United States District Judge

Presented by:

By: */s/ Caesar Kalinowski IV*
       Caesar Kalinowski IV, WSBA # 52650
       Davis Wright Tremaine LLP
       920 5th Avenue, Suite 3300
       Seattle, WA 98104-1610
       Telephone: (206) 757-8232
       Email: caesarkalinowski@dwt.com

*Attorneys for Petitioners*

       */s/ Philip P. Mann*
       Philip P. Mann, WSBA # 28860
       MANN LAW GROUP PLLC
       403 Madison Ave. N. Ste. 240
       Bainbridge Island, WA 98110
       Telephone: (206) 436-0900
       Email: phil@mannlawgroup.com

*Attorneys for Respondent*

STIPULATED MOTION AND ORDER
ON BRIEFING SCHEDULE (Case No. 2:26-cv-00670 ) - 4